# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

___

**CENTURY 21 REAL ESTATE LLC,**

    **Plaintiff,**

**v.**                                                            **No.  4-05-CV-1075 GTE**

**QUALITY VIP REALTY, INC., an Arkansas Corporation, JANIS BIGGERS and RENAE BAKER,**

    **Defendants.**

___

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
___

The matters in difference in the above-entitled action having been amicably adjusted by and between Plaintiff, Century 21 Real Estate LLC, ("Century 21") and Defendant Renae Baker ("Baker") only, it is hereby stipulated by Century 21 and Baker and ordered that the Complaint, as to Baker only, be and the same is hereby dismissed with prejudice as to Baker only, subject to all of the terms and conditions of the Settlement Agreement of Century 21 and Baker, dated May 26, 2006.

It is further stipulated and ordered that Century 21 and Baker shall be permitted to proceed against the remaining defendants in this cause and further that the Court shall retain jurisdiction over this matter for the purposes of enforcing all of the terms and provisions of this Stipulation and Order and the Settlement Agreement.

IT IS SO ORDERED on this 31st day of May, 2006.

                                                    _/s/Garnett Thomas Eisele_____
                                                  United States District Judge

/s/Angela R. Merideth
**Eugene J. Podesta, Jr.**
**Angela R. Merideth**
**Bar Number 94223**
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
165 Madison Avenue, Ste. 2000
Memphis, Tennessee  38103
(901) 526-2000
Email: amerideth@bakerdonelson.com

*Counsel For Century 21 Real Estate LLC*

/s/Edward Allen Gordon
**Edward Allen Gordon**
**Bar Number 73041**
Gordon, Caruth & Virden, PLC
105 South Moose Street
P. O. Box 558
Morrilton, AR 72110-0558
(501) 354-0125
Email: agordon@gcvlaw.com

*Counsel for Renae Baker*