**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CENTURY 21 REAL ESTATE, LLC,**                                                          **PLAINTIFF**

**vs.**                                  **Case No. 4:05-CV-01075 GTE**

**QUALITY VIP REALTY, INC., an**
**Arkansas Corporation, JANIS**
**BIGGERS and RENAE BAKER**                                                          **DEFENDANTS**

## DEFAULT JUDGMENT

Pursuant to the Order filed in this matter this date granting a default judgment in favor of Plaintiff Century 21 Real Estate LLC ("Century 21"), IT IS HEREBY CONSIDERED, ORDERED, AND ADJUDGED that Century 21 is entitled to a final judgment by default as to Separate Defendants Janis Biggers and Quality VIP Realty, Inc., jointly and severally.  IT IS FURTHER CONSIDERED, ORDERED, and ADJUDGED that Century 21 shall recover from Separate Defendants Janis Biggers and Quality VIP Realty, Inc., jointly and severally, the sum of Thirty-Three Thousand, Four Hundred Seventy Dollars and Ninety-Seven Cents ($33,470.97), plus post-judgment interest at the rate of 5.27 % pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED this   6th   day of July, 2006.

                                                                  /s/ Garnett Thomas Eisele
                                                                  UNITED STATES DISTRICT JUDGE