**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CENTURY 21 REAL ESTATE, LLC,**                                          **PLAINTIFF**

**vs.**                                **Case No. 4:05-CV-01075 GTE**

**QUALITY VIP REALTY, INC., an
Arkansas Corporation, JANIS
BIGGERS and RENAE BAKER**                                **DEFENDANTS**

**DEFAULT JUDGMENT**

Pursuant to the Order filed in this matter this date granting a default judgment in favor of Cross-claimant Renae Baker, IT IS HEREBY CONSIDERED, ORDERED, AND ADJUDGED that Renae Baker is entitled to a final judgment by default as to Janis Biggers. IT IS FURTHER CONSIDERED, ORDERED, and ADJUDGED that Renae Baker shall recover from Janis Biggers the sum of Seventeen Thousand Four Hundred Ninety-Seven Dollars and Eighty-Eight Cents ($ 17,497.88), plus post-judgment interest at the rate of 5.27 % pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED this ___6th___ day of July, 2006.

                                                       _/s/ Garnett Thomas Eisele_

                                                       UNITED STATES DISTRICT JUDGE